ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
J. Stephen Dolembo, Esq.
Nevada Bar 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:     (702) 948-8565
Fax:     (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
Attorneys for Plaintiff U.S. Bank National Association, as Trustee for GSR Mortgage Loan
Trust 2005-AR5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR5, a national banking trust,<br><br>        Plaintiff,<br><br>        vs.<br><br>SHADOW CROSSINGS HOMEOWNERS ASSOCIATION, a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Defendants. | CASE NO.: 2:17-CV-02120-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SHADOW CROSSINGS HOMEOWNERS ASSOCIATION**<br><br>ECF Nos. 10, 24 |

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff U.S. BANK NATIONAL

ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR5

(hereinafter "US BANK") and Defendant SHADOW CROSSINGS HOMEOWNERS

ASSOCIATION (hereinafter "SHADOW CROSSINGS"), (collectively, the "Parties"), by and

through their respective counsel of record, hereby stipulate as follows:

    1. On August 8, 2017, Plaintiff US BANK filed its Complaint in this action naming

SHADOW CROSSINGS and other parties as defendants related to a homeowners association

foreclosure sale of real property located at 47 Stockton Edge Ave., North Las Vegas, Nevada

89086; APN 124-22-810-011 (hereinafter "Property").

2. The Parties hereby agree that US BANK's claims against SHADOW CROSSINGS shall be dismissed with prejudice, and US BANK and SHADOW CROSSINGS shall each bear its own costs and fees related to this litigation.

3. SHADOW CROSSINGS asserts that it does not have a current ownership interest in title to the Property.

4. SHADOW CROSSINGS specifically reserves its ongoing rights under Nevada law, including NRS Chapter 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

5. This dismissal does not affect any rights, claims or defenses of US BANK or SHADOW CROSSINGS with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO STIPULATED.**

DATED: March 8th__, 2018                    DATED: March _8th__ , 2018

ZIEVE, BRODNAX & STEELE, LLP          LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/J. Stephen Dolembo, Esq._____     /s/Amber M. Williams, Esq._____
J. Stephen Dolembo, Esq.              AMBER M. WILLIAMS, ESQ.
Nevada Bar 9795                       Nevada Bar No. 12301
3753 Howard Hughes Parkway, Suite 200 9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89169              Las Vegas, Nevada 89144
Tel:    (702) 948-8565               (702) 382-1500 - Telephone
Fax:    (702) 446-9898               (702) 382-1512 - Facsimile
sdolembo@zbslaw.com                  kanderson@lipsonneilson.com
*Attorneys for Plaintiff U.S. Bank National*  awilliams@lipsonneilson.com
*Association, as Trustee for GSR Mortgage*  *Attorneys for Defendant, Shadow Crossings*
*Loan Trust 2005-AR5*                 *Homeowners Association*

## ORDER

Based on this stipulation [ECF No. 24] between fewer than all parties, which I construe as a joint motion under LR 7-1, and good cause appearing, IT IS HEREBY ORDERED that **the claims against Shadow Crossings Homeowners Association are DISMISSED** with prejudice. Shadow Crossings' motion to dismiss **[ECF No. 10] is DENIED** without prejudice as moot.

_____
U.S. District Judge Jennifer Dorsey
March 14, 2018