# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR5, a national banking trust,

    Plaintiff

v.

Shadow Crossings Homeowners Association, a Nevada corporation; SFR Investments Pool 1, LLC, a Nevada limited liability company,

    Defendants

Case No.: 2:17-cv-02120-JAD-VCF

**Amended Order Granting Motion to Release Cost Bond**

[ECF No. 39]

Good cause appearing, and as the deadline to oppose the request has passed with no opposition or request to extend the deadline to file one, IT IS HEREBY ORDERED that the Motion to Release Cost Bond **[ECF No. 39] is GRANTED**. The Clerk of Court is directed to RELEASE and REFUND the cost bond posted on October 30, 2017, and all accrued interest back to the Legal Owner.

_____
U.S. District Judge Jennifer A. Dorsey
December 6, 2019